**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **GREGORY JOE EDWARDS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  CIV-08-61-R |
| | ) |
| **SHERIFF JOHN WHETSEL,** | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered March 11, 2008. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this action is DISMISSED without prejudice to refiling due to Petitioner's failure to comply with Court Orders.

**IT IS SO ORDERED this 3rd day of April, 2008.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE